# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

SADEK LAW OFFICES
701 East Gate Dr., Ste 129
Mt. Laurel, NJ 08054
(856) 890-9003; Fax (215) 545-0611
Attorneys for Debtors

| | | |
|---|---|---|
| In re: | : | IN BANKRUPTCY |
| | : | CHAPTER 13 PROCEEDING |
| Shonte M. Hall | : | Case No. 24-10756 (ABA) |
| Tarik A. Hall | : | |
| | : | HEARING DATE: April 2, 2024 @ 10:00 am |
| (Debtor) | : | ORAL ARGUMENT WAIVED |

## NOTICE OF MOTION TO CONVERT CASE FROM CHAPTER 7 TO CHAPTER 13

TO:

    United States Trustee's Office
    One Newark Center
    1085 Raymond Blvd., Suite 2100
    Newark, NJ 07102

    Andrew Sklar, Esq.
    Chapter 7 Standing Trustee
    20 Brace Road
    Cherry Hill, NJ 08034

    Andrew B. Finberg, Esq.
    Chapter 13 Standing Trustee
    535 Route 38, Ste 580
    Cherry Hill, NJ 08002

See Attached Service List

    PLEASE TAKE NOTICE that on April 2, 2024 at 10:00 am in the forenoon, or as soon thereafter as counsel may be heard, the undersigned attorney for Debtor(s) will move before the Honorable Andrew B. Altenburg, United States Bankruptcy Judge, at the United States Bankruptcy Court located at 400 Cooper Street, Camden New Jersey 08101, Courtroom 4B for a Motion Converting Case from a Chapter 7 to a Chapter 13.

    Pursuant to the local Rules of Bankruptcy Procedure, any opposition to this motion must be made in writing, filed with the Court and served on the undersigned counsel at least 7 days prior to the return date hereof.

Pursuant to the local Rules of Bankruptcy Procedure, the undersigned counsel requests that this matter be heard on the papers unless opposition is filed or oral argument requested by the Court.

|  |  |
|---|---|
|  | SADEK LAW OFFICES |
|  | Attorneys for Debtor |
| Dated: February 27, 2023 | By: /s/ Brad J. Sadek |
|  | Brad J. Sadek, Esq. |